No. 652. H. BAUENDAHL & Co., PETITIONERS, *v.* JACOB S.

